IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

GARY SNOW, Special Administrator of the )
Estate of KORY WILSON, Deceased, )
KRISTLE JIMENEZ, mother and Next )
of Friend of BDJ-W, a minor, )
                                         )
            Plaintiffs,                  )
                                         )
v.                                       ) Case No. CIV-14-911-HE
                                         )
BOARD OF COUNTY COMMISSIONERS            )
OF THE COUNTY OF MCCLAIN, et al          )
                                         )
                                         )
            Defendants.                  )

## JOINT STATUS REPORT

On October 20, 2015, the Court granted the Defendant's Motion for a Continuance of the Stay. See Order at Doc. 123. In that Order the Court directed the parties to file a Joint Status Report as to the status of the case not later than January 29, 2016.

Contemporaneously with this Joint Status Report, the Defendants have filed a Motion for Continuance of the Stay.

Since the Court's Order of October 20, 2015, the Defendants have continued to receive reports that some of the present and former employees of the McClain County Jail have been called to testify before a Federal Grand Jury. The Defendants

have been informed by current and former employees that they have been called to testify before a grand jury which convenes on February 2, 2016.

Assistant U.S. Attorney Julia Barry has advised certain of Defendants' counsel that the criminal investigation into the death of Kory Wilson is ongoing and that grand jury proceedings are continuing. Ms. Barry advised certain of Defendants' counsel that she has been unable to identify any definitive timeline for completion of the grand jury proceedings and/or any possible criminal proceedings that might issue against any of the Defendants. Ms. Barry has advised that she would continue to prefer that this civil action be stayed as to not interfere with the ongoing criminal investigation or possible future indictments. Counsel for the Plaintiff does not object to the Court granting a continuance of the stay for an additional 90 days, but reserves the right to object to further stays of the case.

Respectfully submitted,

 s/ Randall J. Wood
Robert S. Lafferrandre, OBA No. 11897
Randall J. Wood, OBA No. 10531
Carson Smith, OBA No. 22303
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
Post Office Box 26350
Oklahoma City, Oklahoma  73126-0350
Telephone:   (405) 235-1611
Facsimile:    (405) 235-2904
rlafferrandre@piercecouch.com
rwood@piercecouch.com
csmith@piercecouch.com

*Attorneys for Defendant Wayne Barnes*


s/Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
COLLINS, ZORN & WAGNER, P.C.
429 NE 50th, Second Floor
Oklahoma City, Oklahoma 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail Address for service:
gooch@czwglaw.com
*Attorney for Defendants Board Of County Commissioners of The County Of Mcclain, Benny Mcgowen, Wilson Lyles, Charles Foster, Don Hewett, Tay Thomas And Jerry White*

/s James L. Gibbs
R. Todd Goolsby, OBA #12676
James L. Gibbs, II, OBA # 15689
GOOLSBY, PROCTOR, HEEFNER & GIBBS, PC
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK 73102-6006
p. (405) 524-2400 / f. (405) 525-6004
*Attorneys for Defendant,*
*Bill Shobe, in his Individual Capacity*


s/ John Branum
John Branum, OBA #205165
7701 S. Western Ave., Suite 205
Oklahoma City, OK 73139
Telephone: (800) 318-9950
Fax: (800) 418-8210
Email: john@branumlawfirm.com

-and-

John P. Zelbst, OBA #9991

3

Chandra L. Holmes Ray OBA #14254
Zelbst, Holmes & Butler
P.O. Box 365
Lawton, OK 73502-0365
Telephone: (580) 248-4844
Fax: (580) 248-6916
Emails:
zelbst@zelbst.com
chandra@zelbst.com
***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| John P. Zelbst | zelbst@zelbst.com |
| Chandra L. Holmes Ray | Chandra@zelbst.com |
| David Butler | david@zelbst.com |
| John L. Branum | john@branumlawfirm.com |
| James L. Gibbs II | jgibbs@gphglaw.com |
| Todd Goolsby | tgoolsby@gphglaw.com |
| Ambre C. Gooch | gooch@czwglaw.com |
| Chris Collins | cjc@czwglaw.com |

s/ Randall J. Wood
Randall J. Wood